**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 8, 2015

Hon. J. Arnold Aguilar
Attorney at Law
990 Marine Drive
Brownsville, TX 78520
\* DELIVERED VIA E-MAIL \*

Hon. Ricardo Pumarejo Jr.
Kittleman, Thomas & Gonzalez, PLLC
4900-B N. 10th Street
McAllen, TX 78504
\* DELIVERED VIA E-MAIL \*

Hon. Ricardo J. Navarro
Attorney at Law
701 E. Harrison, Suite 100
Harlingen, TX 78550
\* DELIVERED VIA E-MAIL \*

Re:      Cause No. 13-15-00121-CV
Tr.Ct.No. C-1629-13-G
Style:    City of Hidalgo & City of Alton v. Yolanda L. Ruiz, Individually; et al

Appellant's motion for extension of time to file brief [City of Alton] in the above cause was this day GRANTED by this Court. The time has been extended to Monday, July 13, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch